SEALED

ORDERED UNSEALED on 06/03/2026 s/ BreanneC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARCUS HAINES,

Defendant.

**Case No.** '26 MJ2246

COMPLAINT FOR VIOLATION OF:
18 U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm

The undersigned complainant being duly sworn states:

**COUNT ONE**

On or about March 10, 2026, within the Southern District of California, defendant MARCUS HAINES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

JOHN DUDLEY (Affiliate) Digitally signed by JOHN DUDLEY (Affiliate) Date: 2026.04.16 14:34:41 -07'00'

John Dudley
Task Force Officer, DEA

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 17th day of April, 2026.

HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On March 10, 2026, at approximately 1:50 p.m., Officers with San Diego Police Department's Crime Suppression Team were conducting patrol near businesses at 4362 El Cajon Boulevard, which is within the Southern District of California. While in that area, Officers observed a Honda Civic with California license plates 6BSC897 arrive and park in that business parking lot. The driver and sole occupant exited the vehicle and was recognized, based on prior contacts with law enforcement, as Marcus HAINES. The Officers also knew Haines to be on active high-risk probation with a valid fourth amendment waiver. HAINES entered a business at 4362 El Cajon Boulevard and the Officers conducted records checks on Haines to confirm his active probation. The Officers' records checks also revealed a field interview dated January 20, 2026 in which HAINES was stopped by police in the same Honda Civic.

As HAINES exited the business, he observed the Officers in the marked police vehicle and immediately re-entered the business. Based on this evasive response to police presence, the Officers approached HAINES inside the business and informed HAINES that a probation check would be conducted. A search of HAINES person revealed approximately $415.00 and two cell phones. The Officers requested that HAINES provide them the keys to the Honda Civic. In response, HAINES told Officers he did not have keys to the Honda Civic parked at the business and that it was not his vehicle. Officers ultimately unlocked the Honda Civic through a partially open window.

A search of the Honda Civic revealed, among other items, a loaded .38 caliber Charter Arms revolver bearing serial number 1073481 and three baggies containing a white powdery substance. One of the baggies was later determined to have a weight of 26.68 grams and tested preliminarily positive for methamphetamine by the San Diego Police Department Laboratory. The remaining two baggies was later determined to have a total net weight of 26.15 grams and tested preliminarily positive for fentanyl by the San Diego Police Department Laboratory. Inside the center console of the Honda Civic, Officers located

HAINES' drivers license, debit cards with HAINES' name on them, and an AAA card bearing HAINES' name. HAINES was then arrested for possessing the firearm and suspected controlled substances.

While HAINES was being booked for the items in the Honda Civic, additional Officers responded to HAINES' residence at 4242 51st Street, Unit 4 (the "Residence"), which is within the Southern District of California. Inside of a closet in the Residence, Officers located two satchels under a pile of clothes. The satchels contained, among other things, four baggies containing a white powdery substance, (three baggies were later determined to have a total net weight 106.96 grams and tested preliminarily positive for fentanyl, while the remaining baggie was determined to have a weight of 3.22 grams and tested preliminarily positive for methamphetamine by the San Diego Police Department Laboratory) a digital scale, approximately 50 unused Ziploc baggies, 100 blue "M-30" pills (later tested preliminarily positive for fentanyl by the San Diego Police Department Laboratory), and two larger plastic baggies containing a white crystalline substance (later determined to have a weight of 348.79 grams and tested preliminarily positive for methamphetamine by the San Diego Police Department Laboratory). The second satchel contained a loaded 9mm privately manufactured firearm (commonly referred to as a "ghost gun"). Within the pile of clothes in that same closet, Officers recovered a loaded Ruger .22 caliber handgun bearing serial number 208-39780.

HAINES' girlfriend—a female with the initials A.A.—stated she lived at the Residence with HAINES. Regarding the firearms and suspected drugs found in the Residence, A.A. stated she did not know anything about those items. A.A. further stated she has seen "stuff in the house before" but would "play it off like [she] doesn't see it with him," referring to HAINES.

Records checks on HAINES revealed the following criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 10/8/2002 | CASC – San Diego | Cal. H&S §11359 – Possess Marijuana for Sale (Felony) | 3 Years Probation |
| 5/5/2005 | CASC – Perris | Cal. P.C. §12021 – Felon in Possession of a Firearm (Felony) | 24 Months Prison |
| 8/19/2016 | CASC – San Diego | Cal. P.C. §273A(A) – Child Cruelty with Possible Injury or Death (Felony) | 4 Years Prison |
| 12/10/2020 | CASC – Sacramento | Cal. H&S §11378 – Possess Controlled Substance with Intent to Sell (Felony) | 4 Years Prison |
| 1/22/2024 | CASC – San Diego | Cal. H&S §11370 – Possess Controlled Substance while Armed (Felony) | 4 Years Prison |

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee or have a negative impact on this continuing investigation.